**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Donald Wayne JONES, Defendant– Appellant.**

No. 09–7824.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 21, 2010.

Donald Wayne Jones, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

494

PER CURIAM:

Donald Wayne Jones appeals the district court's order denying his motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 5:96–cr–00070–BR–1 (E.D.N.C. Sept. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*